UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Medicus Radiology, LLC

     v.                    Civil No. 10-cv-00300-JL

Florida Hospital Memorial
Medical Center, et al.

## ORDER OF RECUSAL

Because Arnold Rosenblatt, who filed a motion on behalf of Doctor Robert Latta on August 9th, is on my recusal list, I hereby recuse myself from presiding over this case, and request that the clerk reassign this matter.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  August 10, 2010

cc:  James P. Harris, Esq.
     Arnold Rosenblatt, Esq.
     Steven A. Solomon, Esq.